JUDGE BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :   **INDICTMENT**

    -v.-                             :   08 Cr.

WEN DUO ZHAO,
    a/k/a "Raymond,"                     **08 CRIM 527**

        Defendant.

                                        :
------------------------------------x

COUNT ONE

The Grand Jury charges:

On or about June 17, 2004, in the Southern District of New York, WEN DUO ZHAO, a/k/a "Raymond," the defendant, unlawfully, wilfully, and knowingly did enter into a marriage for the purpose of evading the immigration laws, to wit, ZHAO, an illegal alien, paid a United States citizen to marry him for the purpose of securing legal immigration status in the United States.

(Title 8, United States Code, Section 1325(c).) and 18 USC § 2 (BN)

_____          _____
FOREPERSON                     MICHAEL J. GARCIA
                               United States Attorney



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 11 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WEN DUO ZHAO
a/k/a "Raymond,"

Defendant.

INDICTMENT

08 Cr.

(Title 8, United States Code,
Section 1325(c), and Title 18, United States
Code, Section 2.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
6/11/08     Foreperson.